**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Mia Grennan fka Mirtha Valdez<br>       Kevin D. Grennan<br><br>              <u>Debtors</u> | CHAPTER 7<br><br>BKY. NO. 18-13353 REF |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

     Kindly enter my appearance on behalf of Bank of America, N.A. and index same on the master mailing list.

                Respectfully submitted,

                **/s/ Kevin G. McDonald, Esquire**
                Kevin G. McDonald, Esquire
                KML Law Group, P.C.
                701 Market Street, Suite 5000
                Philadelphia, PA 19106-1532
                (215) 627-1322 FAX (215) 627-7734