Certificate Number: 11760-PAE-DE-031427462

Bankruptcy Case Number: 18-13353



11760-PAE-DE-031427462

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>August 5, 2018</u>, at <u>5:04</u> o'clock <u>PM PDT</u>, <u>Mia Grennan</u> completed a course on personal financial management given <u>by internet</u> by <u>123 Debtor.com, LLC</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>August 5, 2018</u>            By:   <u>/s/Jennifer L Walter</u>

Name:   <u>Jennifer L Walter</u>

Title:   <u>Teacher</u>