Certificate Number: 11760-PAE-DE-031427459

Bankruptcy Case Number: 18-13353



11760-PAE-DE-031427459

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 5, 2018, at 5:03 o'clock PM PDT, Kevin Grennan completed a course on personal financial management given by internet by 123 Debtor.com, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:    August 5, 2018                By:    /s/Jennifer L Walter

                                       Name:  Jennifer L Walter

                                       Title: Teacher