*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                                                    : Chapter 7

Kevin D. Grennan and Mia Grennan                         : Case No. 18–13353–ref
      Debtor(s)

### ORDER
_____

    AND NOW, this day , September 21, 2018 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

                                                 By The Court

                                                 Richard E. Fehling
                                                 Chief Judge , United States Bankruptcy Court

17
Form 195